# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

160813(105)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

GRANT BAUSERMAN, KARL WILLIAMS
and TEDDY BROE, on Behalf of Themselves
and All Others Similarly Situated,
        Plaintiffs-Appellees,

v

SC: 160813
COA: 333181
Ct of Claims: 15-000202-MM

UNEMPLOYMENT INSURANCE AGENCY,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the joint motion of the American Civil Liberties Union of Michigan and the National Lawyers Guild to file a brief amicus curiae is GRANTED. The amicus brief submitted on May 4, 2021, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2021



Clerk